UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00058-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DAVID BRADLEY WEBBER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Unopposed Motion to Consolidate. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Unopposed Motion to Consolidate (#7) is GRANTED, and this action is consolidated with <u>United States v. Weber</u>, 3:10cr262-RJC and transferred to Judge Conrad as the presiding judge on the lowest numbered case.

Signed: 4/29/2014

Max O. Cogburn Jr.
United States District Judge